ESTATE OF ANTONIO GONZALES,
by and through its Personal Representative,
Sandra Gonzales,

                Plaintiff,            Case No. 2:21-cv-00848

v.

CITY OF WAUWATOSA,
OFFICER JOSEPH ANTHONY MENSAH,
in his individual capacity, and
FORMER CHIEF OF POLICE BARRY WEBER,
in his Official capacity,

                Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of defendants,

City of Wauwatosa, Officer Joseph Anthony Mensah, in his individual capacity, and Former Chief

of Police Barry Weber, in his Official capacity, and demand that copies of all pleadings and notices

of all proceedings subsequent to the date of this notice be served upon us at our offices at Gunta

Law Offices, S.C., 9898 West Bluemound Road, Suite 2, Wauwatosa, Wisconsin 53226.

Dated at Wauwatosa, Wisconsin this 3ʳᵈ day of December, 2021.

GUNTA LAW OFFICES, S.C.
Attorneys for Defendants

*/s/ Jasmyne M. Baynard*
Ann C. Wirth (WI State Bar No. 1002469)
Jasmyne M. Baynard (WI State Bar No. 1099898)
Kyle R. Moore (WI State Bar No. 1101745)
Kiley B. Zellner (WI State Bar No. 1056806)
9898 West Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
T: (414) 291-7979 / F: (414) 291-7960

Email: acw@guntalaw.com
jmb@guntalaw.com
krm@guntalaw.com
kbz@guntalaw.com