UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF ANTONIO GONZALES by And through its personal representative, Sandra Gonzales,<br><br>          Plaintiff,<br><br>  v.<br><br>OFFICER JOSEPH ANTHONY MENSAH, CITY OF WAUWATOSA, and FORMER CHIEF OF POLICE BARRY WEBER,<br><br>          Defendants. | Case No.: 21-cv-0848 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys, Nathaniel Cade, Jr., Antonique Williams and Antonique Pusick of the law firm of Cade Law Group LLC, appears as co-counsel for Plaintiff. Attorney Kimberly Motley shall remain as lead counsel.

Please send all papers, pleadings and other documents served subsequent to this date, including all ECF filings, to the undersigned attorney.

Dated this 18th day of May, 2022.

- 2 -

**CADE LAW GROUP LLC**

By: s/Nathaniel Cade, Jr.
    Nathaniel Cade, Jr.
    Antonique C. Williams
    Annalisa Pusick
    P.O. Box 170887
    Milwaukee, WI  53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com
carlos@cade-law.com

Attorneys for Plaintiff

- 2 -
Case 2:21-cv-00848-LA   Filed 05/18/22   Page 2 of 2   Document 25