UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF ANTONIO GONZALEZ,
    Plaintiff,

v.                                                Case No. 21-cv-0848

JOSEPH MENSAH,
CITY OF WAUWATOSA,
and BARRY WEBER.
    Defendant.

---

## DECISION AND ORDER

In this suit, the plaintiff brings claims under 42 U.S.C. § 1983 and other laws against Officer Joseph Mensah, the City of Wauwatosa and its police chief. Before me is defendants' motion to quash multiple third-party subpoenas. Plaintiff has not responded to defendants' motion and its time to do so has expired. Accordingly, I will grant the motion as unopposed. *See* Civil L. R. 7(d); *Matter of Holsen*, No. 22-MC-24-JPS, 2022 WL 3213367, at *1 (E.D. Wis. Aug. 9, 2022).

For the reasons stated, **IT IS ORDERED** that the motion at ECF no. 15 is **GRANTED.**

Dated at Milwaukee, Wisconsin, this 24th day of August, 2022.

                                                /s/Lynn Adelman
                                                LYNN ADELMAN
                                                United States District Judge