# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ESTATE OF ANTONIO GONZALES,
    Plaintiff,

ESTATE OF JAY ANDERSON JR, J.A.,
ESTATE OF ALVIN COLE THROUGH SPECIAL
ADMINISTRATOR TRACY COLE, TRACY COLE,
and ALBERT COLE
    Consolidated Plaintiffs,

    v.                        Case No. 21-C-848

JOSEPH ANTHONY MENSAH, CITY OF WAUWATOSA,
and JAMES MACGILLIS
    Defendants,

BARRY WEBER and CITIES AND VILLAGES MUTUAL
INSURANCE COMPANY
    Consolidated Defendants.

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 10/21/2022 |
| Time Commenced: 9:30 a.m. | Concluded: 9:55 a.m. |
| Deputy Clerk: WS | Court Reporter: |

APPEARANCES:

Plaintiffs: Nate Cade and Kim Motley

Defendants: Jasmyne Baynard and Kiley Zellner

Nature of Conference: Telephonic Status Conference

Notes: Parties discuss case deadlines. Close of discovery in Gonzalez is set for January 16, 2023, with motions for summary judgment due February 1, 2023.Close of discovery in Anderson is set for March 30, 2023, with motions for summary judgment due May 1, 2023. Close of discovery in Cole is set for June 1, 2023, with motions for summary judgment due July 7, 2023.