# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ANTONIO GONZALES, et al.,**
    **Plaintiffs,**

v.                                                       Case No. 21-CV-848

**JOSEPH ANTHONY MENSAH, et al.**
    **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 01/31/23
Time Commenced: 11:00 a.m.          Concluded: 11:49 a.m.
Deputy Clerk: WS                         Court Reporter:

APPEARANCES:

Plaintiff: Kimberley Motley, Nathaniel Cade and Milo Schwab

Defendants: Jasmyne M Baynard

Nature of Conference: Telephonic Status Conference

Notes:

- Plaintiffs state they had not been provided hiring records and training reports. Plaintiffs will provide defendants a list of documents they believe they are missing. Defendant will respond.
- Plaintiffs state they were not provided with communications related to the investigation of the Antonio Gonzalez shooting and that they require Mensah's phone number and provider to subpoena his phone records. Plaintiff will send defendants a list of communications they believe they are missing. Defendant will respond. Defendant will also provide plaintiffs with Officer Mensah's phone numbers and providers.
- Plaintiffs will provide defendants with a list of training materials they believe are inappropriately redacted. Defendant will respond.

- Plaintiffs state they were not provided communications and press releases from Weber regarding the Gonzalez shooting. Defendant states there were not text messages. Plaintiff may gather any press releases on their own.
- Plaintiffs state they did not receive any internal communications regarding Mensah's press interviews. Plaintiff will ask Mensah about any such communications in a future deposition.
- Plaintiffs state they have not been provided with personnel files of other officers who investigated the shootings. Judge proposes that defendant provide all disciplinary files related to these officers. Defendant agrees to provide the disciplinary files.
- Plaintiffs state they are unable to access videos and photos previously provided by defendants. The documents originated from the Milwaukee County Sheriff's Department. Plaintiffs will confer with defendants about obtaining the videos and photos. If necessary, plaintiffs will subpoena the Milwaukee County Sheriff's Department.
- Plaintiffs state they have not received communications regarding the 2020 investigation into the shooting of Anderson. Defendants believe they have provided relevant documents. Plaintiffs will provide a list of documents they believe are missing and defendants will respond.
- Plaintiffs state they have not received signed authorizations from Mensah to obtain his medical records. Parties dispute whether the records are privileged. Parties will confer on the issue.
- If parties are unable to resolve any of these issues, plaintiffs may file a motion to compel.
- Amending the scheduled entered in ECF no. 37, Close of discovery in both the Gonzalez and Anderson cases is set for May 1st, 2023. Dispositive motions in both the Gonzalez and Anderson cases are due May 1st, 2023.