IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF ANTONIO GONZALES, et. al., | |
| Plaintiffs, | CASE NO. 21-CV-848 |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |
| ESTATE OF JAY ANDERSON, JR., et al., | |
| Plaintiffs, | CASE NO. 21-CV-1179 |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |
| ESTATE OF ALVIN COLE, et al., | |
| Plaintiffs, | CASE NO. 21-CV-856 |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendants, Joseph Anthony Mensah, City of Wauwatosa, James MacGillis, Barry Weber, and Cities and Villages Mutual Insurance Company, and demands that copies of all pleadings and notices of all proceedings subsequent to the date of this notice be served upon us at our offices at Wirth + Baynard, 9898 West Bluemound Road, Suite 2, Wauwatosa, Wisconsin 53226.

Dated at Wauwatosa, Wisconsin this 2nd day of March, 2023.

        WIRTH + BAYNARD
        Attorneys for Defendants

        */s/ Joseph M. Wirth*
        Joseph M. Wirth (WI State Bar No. 1012080)
        9898 West Bluemound Road, Suite 2
        Wauwatosa, Wisconsin 53226
        T: (414) 291-7979 / F: (414) 291-7960