UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF ANTONIO GONZALES, et. al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

CASE NO. 21-CV-848

---

ESTATE OF JAY ANDERSON, JR., et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

CASE NO. 21-CV-1179

---

ESTATE OF ALVIN COLE, et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

CASE NO. 21-CV-856

---

## NOTICE OF WITHDRAWAL OF COUNSEL

  WIRTH + BAYNARD, hereby respectfully requests that Attorney Kiley B. Zellner no longer be listed as an attorney of record for the Defendants, Joseph Anthony Mensah, City of Wauwatosa, James MacGillis, Barry Weber, and Cities and Villages Mutual Insurance Company. Attorney Zellner is no longer employed by WIRTH + BAYNARD and therefore no longer represents Defendants, Joseph Anthony Mensah, City of Wauwatosa, James MacGillis, Barry Weber, and Cities and Villages Mutual Insurance Company.

Dated at Wauwatosa, Wisconsin this 2ⁿᵈ day of March, 2023.

>WIRTH + BAYNARD
>Attorneys for Defendants
>
>*/s/ Jasmyne M. Baynard*_____
>Jasmyne M. Baynard (WI State Bar No. 1099898)
>9898 West Bluemound Road, Suite 2
>Wauwatosa, Wisconsin 53226
>T: (414) 291-7979 / F: (414) 291-7960
>Email: jmb@wbattys.com