# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ANTONIO GONZALES, et al.,**
    **Plaintiffs,**

v.                                                   Case No. 21-CV-848

**JOSEPH ANTHONY MENSAH, et al.**
    **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 03/22/23
Time Commenced: 10:45 a.m.          Concluded: 11:18 a.m.
Deputy Clerk: WS                          Court Reporter:

APPEARANCES:

Plaintiff: Kimberley Motley, Nathaniel Cade and Milo Schwab

Defendants: Jasmyne M Baynard

Nature of Conference: Telephonic Status Conference

Notes:

- The Court denies plaintiff's motion to compel Mensah to sign medical release forms. Because the defendants did not consider Mensah's psychological records in determining whether he was fit for duty, the psychological records are not relevant to plaintiffs' Monell claims.
- The parties believe they can resolve discovery issues regarding training documents without further court intervention.
- Plaintiffs seek additional video of the shooting of Jay Anderson Jr. Defendant will confer with Wauwatosa Police to determine if such video exists.
- Defendants state they have provided all relevant e-mail addresses.
- Defendants state they have no documents from CVMIC responsive to plaintiffs' requests.