UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| ESTATE OF ANTONIO GONZALES, et al., Plaintiffs, v. JOSEPH ANTHONY MENSAH, et al., Defendants. | Case No.: 21-CV-848 |

---

| | |
|---|---|
| ESTATE OF JAY ANDERSON, JR., et al., Plaintiffs, v. JOSEPH ANTHONY MENSAH, et al., Defendants. | Case No.: 21-CV-1179 |

---

| | |
|---|---|
| ESTATE OF ALVIN COLE, et al., Plaintiffs, v. JOSEPH ANTHONY MENSAH, et al., Defendants. | Case No.: 22-CV-856 |

---

### STIPULATED JOINT MOTION OF THE PARTIES REQUESTING EXTENSION OF SCHEDULING DEADLINES

---

The parties, by their attorneys, have conferred about the status and progress of the ongoing discovery in this matter and have agreed that more time will be necessary to complete the remaining written discovery, to meet and confer regarding discovery disputes, and to then finalize the depositions of key witnesses, such that dispositive motions can be evaluated, prepared and filed with the court.

Accordingly, the parties have stipulated to jointly move the court as follows:

1. Written discovery has been consolidated for the three cases and is ongoing and being completed in good faith;

2. There are disputes as to certain discovery requests about which counsel will meet and confer to attempt a compromise resolution;

3. Depositions are being scheduled for April, May and likely June of 2023, including municipal and police personnel, lay witnesses, health care representatives and potentially insurance company representatives, and a comparison of calendars and availabilities makes it likely that discovery will need to continue through the end of May for the Gonzales and Anderson cases, and through June for the Cole case;

4. The parties believe that the claims in these cases will be the subject of dispositive motions that will be evaluated and prepared after the completion of discovery, and which will likely expedite the resolution of the cases or minimize the issues that will be necessary to resolve at trial;

5. The parties are mindful of the court's calendar and are not requesting significant scheduling extensions, nor is the request for purposes of delay or avoidance; and

6. The parties believe that discovery can be completed by June 8, 2023, in Gonzales (21-CV-848) and Anderson (21-CV-1179), and by July 14, 2023, in Cole (22-CV-856); and that dispositive motions in Gonzales and Anderson can be filed by June 15, 2023, and dispositive motions in Cole by July 31, 2023.

Now, therefore, the parties jointly move this court for an amendment to its discovery schedule as memorialized in minute entries ECF #46, modifying ECF #37, to extend the scheduling deadlines for these cases as follows:

a) **Close of discovery in Gonzales (21-CV-848) and Anderson (21-CV-1179) to June 8, 2023**;

b) **Close of discovery in Cole (22-CV-856) to July 14, 2023;**

c) **Filing of dispositive motions in Gonzales (21-CV-848) and Anderson (21-CV-1179) to June 15, 2023;** and

d) **Filing of dispositive motions in Cole (22-CV-856) to July 31, 2023.**

Dated this 11th day of April, 2023.

MOTLEY LEGAL SERVICES

By: s/ Kimberley Cy. Motley
Kimberley Cy. Motley
Wisconsin State Bar No.: 1047193
Telephone: (704)763-5413
Email: kmotley@motleylegal.com

CADE LAW GROUP LLC

By: s/Nathaniel Cade, Jr.
Nathaniel Cade, Jr. SBN: 1028115
Antonique C. Williams, SBN: 1051850
Annalisa Pusick SBN: 1116379
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com
annalisa@cade-law.com
antonique@cade-law.com

Dated this 11th day of April, 2023.

WIRTH + BAYNARD
Attorneys for Defendants

BY: /s/ electronically Joseph M. Wirth
Joseph M. Wirth
State Bar No.: 1012080

3