IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF ANTONIO GONZALEZ,
    Plaintiff,

    v.                                       Case No. 21-cv-0848

JOSEPH ANTHONY MENSAH, et al.,
    Defendant.

ESTATE OF JAY ANDERSON, JR., et al.,
    Plaintiff,

    v.                                       Case No. 21-cv-1179

JOSEPH ANTHONY MENSAH, et al.,
    Defendant.

ESTATE OF ALVIN COLE, et al.,
    Plaintiff,

v.                                         Case No. 22-cv-0856

JOSEPH ANTHONY MENSAH, et al.,
    Defendant.

## NOTICE OF WITHDRAWAL OF COUNSEL

    **PLEASE TAKE NOTICE** that Attorney Kiley B. Zellner is hereby withdrawn as one of the attorneys of record for all Defendants in all the consolidated cases, as Attorney Zellner is no longer affiliated with Wirth + Baynard.

    Attorney Jasmyne M Baynard and Attorney Joseph M Wirth of Wirth + Baynard remain counsel of record for Defendants.

Given that Attorney Zellner is no longer affiliated with Wirth + Baynard, please remove her from the ECF notification list.

Dated this 17th day of April, 2023.

                                BY:   s/ Kiley B. Zellner
                                          Kiley B. Zellner
                                          State Bar No. 1056806
                                          CRIVELLO CARLSON, S.C.
                                          710 N. Plankinton Avenue, Suite 500
                                          Milwaukee, WI 53203
                                          Phone: (414) 271-7722
                                          Fax: (414) 271-4438
                                          E-mail:  kzellner@crivellocarlson.com