UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF ANTONIO GONZALES, et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

Case No.: 21-CV-848-LA

ESTATE OF JAY ANDERSON, JR., et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

Case No.: 21-CV-1179-bhl

ESTATE OF ALVIN COLE, et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

Case No.: 22-CV 856-LA

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendants, and demands that copies of all pleadings and notices of all proceedings subsequent to the date of this notice be served upon me at our offices at Wirth + Baynard, 9898 West Bluemound Road, Suite 2, Wauwatosa, Wisconsin 53226.

Dated at Wauwatosa, Wisconsin this 6th day of July, 2023.

                                             WIRTH + BAYNARD
                                             Attorneys for Defendants

                                             */s/ Sheila Thobani*
                                             SHEILA THOBANI (WI State Bar No. 1101817)
                                             9898 West Bluemound Road, Suite 2 Wauwatosa, Wisconsin 53226
                                             T: (414) 291-7979 / F: (414) 291-7960
                                             Email: st@wbattys.com