ESTATE OF ANTONIO GONZALES,
by and through its Personal Representative,
Sandra Gonzales,

          Plaintiff,

v.           CASE NO. 2:21-cv-00848

CITY OF WAUWATOSA,
OFFICER JOSEPH ANTHONY MENSAH,
FORMER CHIEF OF POLICE BARRY WEBER,

          Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants City of Wauwatosa, Officer Joseph Anthony Mensah, and Former Chief of Police Barry Weber, by their attorneys, Wirth + Baynard, respectfully move the Court, the Honorable Lynn Adelman presiding, for an order dismissing Plaintiffs' Complaint, (ECF No. 1), in its entirety, including all claims alleged against the Defendants, on the merits and with prejudice pursuant to Fed. R. Civ. P. 56.

This Motion is supported by the following:

1.     Defendant's Memorandum in Support of Motion for Summary Judgment;

2.     Defendant's Proposed Findings of Fact in Support of Motion for Summary Judgment;

3.     Declaration of Joseph Roy in Support of Defendant's Motion for Summary Judgment, with exhibits;

4.     Declaration of Timothy Warren in Support of Defendant's Motion for Summary Judgment, with exhibit;

5.     Declaration of Craig Tutton in Support of Defendant's Motion for Summary Judgment;

6.     Declaration of Jack Tutton in Support of Defendant's Motion for Summary Judgment;

1

7. Declaration of Elise Sellinger in Support of Defendant's Motion for Summary Judgment; and

8. Declaration of Jasmyne Baynard in Support of Defendant's Motion for Summary Judgment, with exhibits.

Through this Motion, the Defendants also seek the costs and disbursements of this Motion and action.

Dated this 17th day of July, 2023.

**WIRTH + BAYNARD**
Attorneys for Defendants

*/s/ Jasmyne M. Baynard*
Jasmyne M. Baynard, WI Bar No. 1099898
9898 W. Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
T: (414) 291-7979 / F: (414) 291-7960
Email: jmb@wbattys.com