UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF ANTONIO GONZALES,
by and through its Personal Representative,
Sandra Gonzales,

        Plaintiff,               CASE NO. 2:21-cv-00848

v.

CITY OF WAUWATOSA,
OFFICER JOSEPH ANTHONY MENSAH,
FORMER CHIEF OF POLICE BARRY WEBER,

        Defendants.

---

## DECLARATION OF ELISE F. SELLINGER

---

I, Elise F. Sellinger, declare and state as follows:

1. My name is Elise F. Sellinger.

2. On July 16, 2015, I resided at 8525 West Glencoe Circle, Wauwatosa, Wisconsin.

3. On July 16, 2015, at approximately 9:20 p.m., I heard loud yelling coming from my next-door neighbors' house, which would be the home located at 8533 Glencoe Circle, Wauwatosa, WI 53226.

4. The yelling was loud enough to prompt me to open my front door and observe who I believed to be my neighbors' roommate, and who I now know as Antonio Gonzales, standing in front of the residence holding a samurai sword out in front of him and above his head.

5. At that same time, there were two Wauwatosa police officers on the lawn in front of Antonio and they were ordering him to "Put it down!"

6. Antonio was holding the sword above his head like he was going to come at the officers.

7. I shut the front door and began walking up the stairs to my children's bedroom when I heard four (4) gunshots.

8. I took my children to the basement of our residence and approximately five minutes later I went upstairs to see what was doing. When I opened the front door, I saw someone giving the subject, who was still holding the sword, chest compressions.

9. I make this Declaration based on my personal knowledge and review of my witness statement given to the Milwaukee Police Department, which is a true and accurate reflection of what I witnessed on the evening of July 16, 2015 as it relates to the shooting of Antonio Gonzales.

10. Attached as Sellinger **Exhibit A** is a true and accurate copy of my statement to the Milwaukee Police Department on July 16, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 18, 2023.

Elise Sellinger<br>
Elise F. Sellinger

**Signature:** *Elise Sellinger*
Elise Sellinger (May 18, 2023 12:11 CDT)

**Email:** elisefrank@hotmail.com

# 010423_SELLINGER Declaration
Final Audit Report 2023-05-18

| | |
|---|---|
| Created: | 2023-05-18 |
| By: | Christine Montgomery (cmm@wbattys.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAscvQfK721egFJ-q3DIPMEQA7E-bzDdMj |

## "010423_SELLINGER Declaration" History

- Document created by Christine Montgomery (cmm@wbattys.com)
  2023-05-18 - 12:31:56 PM GMT

- Document emailed to elisefrank@hotmail.com for signature
  2023-05-18 - 12:33:29 PM GMT

- Email viewed by elisefrank@hotmail.com
  2023-05-18 - 5:11:16 PM GMT

- Signer elisefrank@hotmail.com entered name at signing as Elise Sellinger
  2023-05-18 - 5:11:33 PM GMT

- Document e-signed by Elise Sellinger (elisefrank@hotmail.com)
  Signature Date: 2023-05-18 - 5:11:35 PM GMT - Time Source: server

- Agreement completed.
  2023-05-18 - 5:11:35 PM GMT

Adobe Acrobat Sign