# ROY DECLARATION
# EXHIBIT N

## WPD RADIO TRAFFIC TRANSMISSION
### JUNE 23, 2016

**FLASH DRIVE MAILED
TO CLERK'S OFFICE**