# Special Order - Wauwatosa Police Department

**NO.** 1397

**Date:** December 14, 2016

**To:** **Officer Joseph Mensah**

**From:** Chief Barry M. Weber *[signature: Bm Weber]*

**Re:** **Return to Full Duty**

**cc:** All Personnel, Nancy Coons, Elizabeth Mbow, Roll Call, WPOA, Police & Fire Commissioners, and Personnel File

---

**Effective Monday, December 12th, 2016, Officer Joseph Mensah** is assigned back to Full Duty on Patrol. He will remain on <u>Late Shift</u> and in <u>Off Group #1</u>.