

August 21st, 2020

RE: Joseph Mensah

DOB: 12/27/1989

To Whom It May Concern,

Joseph Mensah is a current patient of American Behavioral Clinics. Between the dates of 06/23/2016 and 12/12/2016, Joseph was seen six times by Jay Schrinsky, LCSW. The dates are as follows:

06/30/2016

07/06/2016

07/20/2016

08/03/2016

08/24/2016

09/13/2016

Please call the office for further questions/concerns.

Sincerely,

ABC Staff

**Bluemound Clinic**
10424 W. Bluemound Rd
Milwaukee, WI 53226
(414) 774-1794
Fax: (414) 774-1488

**Elm Grove Clinic**
15285 Watertown Plank Road
Elm Grove, WI 53122
(262) 797-2818
Fax: (262) 797-2814

**Southwest Clinic/Layton**
7330 W. Layton Ave.
Milwaukee, WI 53220
(414) 281-1677
Fax: (414) 281-9884

**Mequon Clinic**
1240 W. Rauchito Lane
Mequon, WI 53092
(262) 241-3231
Fax: (262) 241-4311