

Personal and Confidential

August 31, 2020

Wauwatosa Police Department
1700 N. 116th Street
Wauwatosa, WI 53226

Dear Terry,

My records show that I originally met with Joseph Mensah on December 1, 2014. At that time, I performed a psychological assessment in consideration of him as a candidate for the position of Patrol Officer with the Wauwatosa Police Department.

Then, on December 7, 2016, I saw Officer Mensah for the purpose of providing a Fitness For Duty evaluation. I found him competent and capable of rendering appropriate Law Enforcement service to the Wauwatosa community at that time.

Should you need anything further, please contact me.

Sincerely,

Rick C. Bauman, Ph.D.
Organizational Psychologist

/kah



414.888.4287
INFO@ASCEND-TS.COM

735 N WATER ST #712
MILWAUKEE, WI 53202

Doe Proceeding 004679