**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ESTATE OF ANTONIO GONZALES, et al.,<br><br>            Plaintiffs,<br>      v.<br><br>JOSEPH ANTHONY MENSAH, et al.,<br><br>            Defendants. | Case No: 21-cv-0848 |
| ESTATE OF JAY ANDERSON, JR., et al.,<br><br>            Plaintiffs,<br>      v.<br><br>JOSEPH ANTHONY MENSAH, et al.,<br><br>            Defendants. | Case No: 21-cv-1179 |
| ESTATE OF ALVIN COLE, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOSEPH ANTHONY MENSAH, et al.,<br><br>            Defendants. | Case No: 22-cv-0856 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT IN**
***THE ESTATE OF ANTONIO GONZALES* (21-CV-848)**

NOW COMES Plaintiffs, the Estate of Antonio Gonzales, by and through their attorneys, to move the Court for an Order to Extend Time to file their Response Brief to Defendants' Motion for Summary Judgment pursuant to FRCP 6(b).

Plaintiffs request a twenty-one (21) day extension to file their response to Defendants' Motion for Summary Judgment. Dkt. # 70. Defendants filed their motion and accompanying materials on July 17, 2023. The Response pursuant to local rules is currently due August 16, 2023.

This motion is based on Plaintiffs ongoing investigation into various facts and arguments necessary for the construction of the brief. Plaintiffs are working diligently to prepare the materials but require additional time. As the Court is aware, more than one legal team is strategizing these consolidated cases and have varying responsibilities to coordinate around. Importantly, this motion is based on a good faith effort to finalize by September 6, 2023.

The motion to extend time is supported by good cause and the Declaration of Annalisa Pusick.

## CONCLUSION

Therefore, Plaintiffs request this Court **GRANT** their motion to extend Plaintiffs' response brief deadline in *Gonzales* 21-CV-848 until September 6, 2023.

Dated this 16th day of August, 2023.

**CADE LAW GROUP LLC**

By: */s/ Annalisa Pusick*
Nathaniel Cade, Jr SBN: 1028115
Annalisa Pusick SBN: 1116379
Antonique C. Williams SBN:1051850
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
nater@cade-law.com
annalisa@cade-law.com
antonique@cade-law.com