UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF ANTONIO GONZALES, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>JOSEPH ANTHONY MENSAH, et al.,<br><br>　　　　Defendants. | Case No: 21-cv-0848 |
| ESTATE OF JAY ANDERSON, JR., et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>JOSEPH ANTHONY MENSAH, et al.,<br><br>　　　　Defendants. | Case No: 21-cv-1179 |
| ESTATE OF ALVIN COLE, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>JOSEPH ANTHONY MENSAH, et al.,<br><br>　　　　Defendants. | Case No: 22-cv-0856 |
| **DECLARATION OF ANNALISA PUSICK SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT IN *THE ESTATE OF ANTONIO GONZALES* (21-CV-848)** | |

ANNALISA PUSICK hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following are true and correct:

　　1.　　I am an attorney of record representing Plaintiffs in this matter, and I make

this declaration based on my own personal knowledge.

    2.    Currently, by Order of this Court, the response brief is due on August 16, 2023. The new date, if granted by the Court, would be September 6, 2023.

    3.    Lead counsel of record on this matter, Nathaniel Cade Jr., along with other members of the firm will complete mediations, hearings, depositions, and multiple briefs throughout the months of August and September.

    4.    To properly prepare for this brief and provide it the attention it deserves, this extension will allow the attorneys to rebalance in good faith.

    5.    This is the first request for an extension of time at this stage of the case.

Dated this 16th day of August 2023.

*/s/ Annalisa Pusick*