UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ANTONIO GONZALES, et al.,**
    **Plaintiffs,**

v.                                                    Case No. 21-CV-848

**JOSEPH ANTHONY MENSAH, et al.**
    **Defendants.**

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **August 23, 2023 at 9:45 a.m.** Participants need to call in for the conference as follows: dial access number 1-877-336-1839. You will be prompted for an access code (4144803) and a security code (1234). Once that information is entered participants will be placed on hold until we access the call. *Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide the names of attorneys appearing.*

Dated at Milwaukee, Wisconsin, this 17th day of August, 2023.

                                                    /s/Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge