UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF ANTONIO GONZALES, et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

Case No: 21-cv-0848

---

ESTATE OF JAY ANDERSON, JR., et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

Case No: 21-cv-1179

---

ESTATE OF ALVIN Cole, et al.,

    Plaintiffs,

v.

JOSEPH ANTHONY MENSAH, et al.,

    Defendants.

Case No: 22-cv-0856

---

**PLAINTIFFS' EXPEDITED LOCAL RULE 7(h) MOTION
AND REQUEST FOR ORAL ARGUMENT WITH REGARDS TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (Dkt. #s 78 and 82)**

_____

Plaintiffs in the Jay Anderson case (21-cv-1179) and Alvin Cole case (Case No. 22-cv-0856) (collectively, "Plaintiffs"), by and through their undersigned counsel, files this motion, pursuant to E.D. Wisconsin Civil Local Rule 7, 7(e) and 7(h), request oral argument with respect to Defendants' motions to dismiss (Dkt. #s 78 and 82).

Plaintiffs believe the Court will benefit from hearing from the parties with respect to the salient facts and as to whether those facts are material and serve as the basis to grant or deny summary judgment.

Plaintiffs are not submitting any documents in support of the motion.

Dated this 22nd day of August, 2023.

                                      **CADE LAW GROUP LLC**

                                  By: s/Nathaniel Cade, Jr.
                                        Nathaniel Cade, Jr., SBN 1028115
                                        P.O. Box 170887
                                        Milwaukee, WI 53217
                                        (414) 255-3802 (phone)
                                        (414) 255-3804 (fax)
                                        nate@cade-law.com

                                        Attorneys for Plaintiffs