UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF ANTONIO GONZALES, et al., | Case No: 21-cv-0848 |
| Plaintiffs, | |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |

| | |
|---|---|
| ESTATE OF JAY ANDERSON, JR., et al., | Case No: 21-cv-1179 |
| Plaintiffs, | |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |

| | |
|---|---|
| ESTATE OF ALVIN Cole, et al., | Case No: 22-cv-0856 |
| Plaintiffs, | |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |

**DECLARATION OF NATHANIEL CADE, JR. IN OPPOSITION TO DEFNDANTS' MOTION TO EXTEND TIME**

Pursuant to 28 U.S.C.§ 1746, the undersigned, Nathaniel Cade, Jr., makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney licensed to practice law in this Court and counsel for Plaintiffs in the above-consolidated cases.

2. Attached hereto and incorporated herein as **Exhibit 1** is a true and correct copy of a March 23, 2023 email from me to Attorneys Baynard and Wirth with regards to taking a FRCP 30(b)(6) deposition of a Wauwatosa Corporate Representative on a number of topics, including:

> **EXHIBIT A**
>
> Defendant Cities and Villages Mutual Insurance Company ("CVMIC") shall designate one or more persons to testify on the topics listed below:
>
> 1. The factual bases for Wauwatosa's answers to the Antonio Gonzales, Jay Anderson and Alvin Cole complaints, including Affirmative Defenses;

3. Attached hereto and incorporated herein as **Exhibit 2** is a true and correct copy of pages 1-19 of the May 23, 2023 deposition of Attorney Hanna Kolberg and Ex. 9 to that deposition (which is the same as Exhibit 1 to this Declaration).

4. Attached hereto and incorporated herein as **Exhibit 3** is a true and correct copy of the Court Minutes of Jury Trial (ECF 408) for the case of *Aaron v. Dominick Ratkowski,* E.D. Wisconsin Case No. 20-Cv-1660, which Defendants referenced in Footnote 2 to their motion to extend time. Importantly, the minutes note that only Attorney Baynard and Joseph Wirth appeared for the trial from May 1-5, 2023, and not Attorneys Ann Wirth or Kyle Moore:

# COURT MINUTES OF JURY TRIAL

Andrew Aaron, *et al.*,

                Plaintiffs,

    v.

                Case No. 20-CV-1660

Dominick Ratkowski and Joseph Roy,

                Defendants.

---

**Hon. Nancy Joseph, presiding.**

**Date(s) of Trial:** May 1, 2023-May 5, 2023

**Deputy Clerk:** Ross Miller, Evan Romel

**Court Reporter:** Tom Malkiewicz, Susan Armbruster

**Appearances:**
- **Plaintiff:** Kimberly Motley, Milo Schwab, Kathryn Knowlton
- **Defendant:** Jasmyne Baynard, Joseph Wirth

Executed this 25th day of August 2023.

    s/ *Nathaniel Cade, Jr.*
    Nathaniel Cade, Jr.