# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF ANTONIO GONZALES, et al., | Case No: 21-cv-0848 |
| Plaintiffs, | |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |

| | |
|---|---|
| ESTATE OF JAY ANDERSON, JR., et al., | Case No: 21-cv-1179 |
| Plaintiffs, | |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |

| | |
|---|---|
| ESTATE OF ALVIN Cole, et al., | Case No: 22-cv-0856 |
| Plaintiffs, | |
| v. | |
| JOSEPH ANTHONY MENSAH, et al., | |
| Defendants. | |

**DECLARATION OF NATHANIEL CADE, JR. IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION TO EXTEND TIME (Dkt. 100)**
_____

Pursuant to 28 U.S.C.§ 1746, the undersigned, Nathaniel Cade, Jr., makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney licensed to practice law in this Court and counsel for Plaintiffs in the above-consolidated cases.

2. Attached hereto and incorporated herein as **Exhibit 6** is a true and correct copy of an email between myself and Attorney Jasmyne Baynard, counsel for Defendants.

Executed this 26th day of August 2023.

s/ *Nathaniel Cade, Jr.*
Nathaniel Cade, Jr.