# EXHIBIT 5

| ANDERSON ORIGINAL COMPLAINT (ECF 1) | ANDERSON AMENDED COMPLAINT (ECF 47) | PARTIES TO THE AMENDED COMPLAINT | CLAIMS DISMISSED OR SURVIVED[1] | CLAIMS SURVIVED & DEFENDANTS |
|---|---|---|---|---|
| (¶¶ 1 to 162) Factual Allegations | (¶¶ 1 to 145) Factual Allegations | Mensah, Weber, CVMIC & City[2] | | |
| Claim 1 42 U.S.C. § 1983 4th Amendment Excessive Force (¶¶ 163 to 188) (Answered) | Claim 1 42 U.S.C. § 1983 – 4th Amendment (¶¶ 146 to 172) Excessive Force (No answer) | PL - Estate<br><br>DF - Mensah, Weber, & City | Survived[3] | Claim 1 Excessive Force<br><br>Mensah, Weber, & City |
| Claim 2 42 U.S.C. § 1983 14th Amendment Denial of Equal Protection (¶¶ 189 to 209) (Answered) | Claim 3 42 U.S.C. § 1983 – 14th Amendment Denial of Equal Protection (¶¶ 186 to 206) (No answer) | PL - Estate<br><br>DF - Mensah, Weber, City | Survived[4] | Claim 3 Equal Protection<br><br>Mensah & City |
| Claim 3 42 U.S.C. § 1983 4th Amendment Loss of Society & Companionship (¶¶ 210 to 217) (Answered) | Claim 4 42 U.S.C. § 1983 – 4th Amendment Loss of Society & Companionship (¶¶ 207 to 214) (No answer) | PL – J.A.<br><br>DF - Mensah, Weber, & City | Dismissed (Weber)<br><br>Survived (Mensah & City) | Claim 4 Loss of Society & Companionship<br><br>Mensah & City |

---

[1] *See* Anderson 21-cv-1179 ECF 56; Cole 22-cv-856 ECF 25;
[2] CVMIC became a party in the Amended Complaint (Anderson ECF 47) but was not a party in the original complaint. See Anderson ECF 1
[3] Defendants did not move to dismiss Mensah and the City of City from the Amended Complaint. *See* Anderson ECF 50 & 51.
[4] Parties stipulated that Weber be dismissed from this claim.

**The light blue color for Claims (2-5, 6, 8 & 9) as highlighted are new Claims to the Amended Complaint (ECF 47) that were not in the original complaint (ECF 1).

| | | | | |
|---|---|---|---|---|
| Claim 4<br>Wisconsin Statute Section 895.46 Indemnification<br>(¶¶ 218 to 230)<br>(Answered)<br><br>Barry, Mensah, and City | Claim 7<br>Wisconsin Statute Section 895.46 Indemnification<br>(¶¶ 232 to 244)<br><br>Barry, Mensah, CVMIC & City<br>(No answer) | PL - ALL<br><br>DF - Weber, Mensah, CVMIC, & City | Survived[5] | Claim 7<br>Wisconsin Statute Section 895.46 Indemnification<br>(PL – J.A.)<br><br>Weber, Mensah, CVMIC, & City |
| | Claim 2<br>42 U.S.C. § 1983 – 14th Amendment Failure to Train and Supervise<br>(¶¶ 173 to 186)<br>(No answer) | PL – ALL<br><br>DF – Weber & City | Survived | Claim 2<br>14th Amendment Failure to Train & Supervise<br><br>City & Weber |
| | Claim 5<br>Monell Claim<br>(¶¶ 215 to 224)<br>(No answer) | PL – ALL<br><br>DF - City | Survived | Claim 5<br>Monell<br><br>City |
| | Claim 6<br>42 U.S.C. 1983 - Deliberate Indifference<br>(¶¶ 225 to 231)<br>(No answer) | PL – ALL<br><br>DF – Weber & City | Dismissed | Claim 6<br><br>Dismissed |
| | Claim 8<br>Direct Action Statute Wis. Stat. § 632.24<br>(¶¶ 245 to 248)<br>(No answer) | PL – ALL<br><br>DF - CVMIC | Dismissed | Claim 8<br><br>Dismissed |
| | Claim 9<br>Loss of Society & Companionship<br>(¶¶ 249 to 255)<br>(No answer) | PL – Estate of Anderson | Dismissed | Claim 9<br><br>Dismissed |

---

[5] J.A. survived this claim, and the Estate was dismissed from this claim. Anderson, ECF 56; Cole 22-cv-0856, ECF 25.

**The light blue Claims (2, 5, 6, 8, & 9) as highlighted are new Claims raised in the Amended Complaint that were not in the original complaint.

| COLE ORIGINAL COMPLAINT (ECF 1) | COLE AMENDED COMPLAINT (ECF 20) | PARTIES TO THE AMENDED COMPLAINT (ECF 20) | CLAIMS DISMISSED OR SURVIVED[1] | CLAIMS SURVIVED & DEFENDANTS |
|---|---|---|---|---|
| (¶¶ 1 to 128) Factual Allegations | (¶¶ 1 to 158) Factual Allegations | Mensah, Weber, CVMIC & City | | |
| Claim 1 42 U.S.C. § 1983 4th Amendment Excessive Force (¶¶ 129 to 144) (No answer) | Claim 1 42 U.S.C. § 1983 4th Amendment Excessive Force (¶¶ 159 to 176) (No answer) | PL - Estate DF - Mensah, Weber, & City | Survived[2] | Claim 1 Excessive Force Mensah, Weber, & City |
| Claim 2 42 U.S.C. § 1983 14th Amendment Failure to Train and Supervise (¶¶ 145 to 158) (No answer) | Claim 2 42 U.S.C. § 1983 14th Amendment Failure to Train and Supervise (¶¶ 177 to 196) (No answer) | PL – Estate DF – Weber & City | Survived | Claim 2 14th Amendment Failure to Train & Supervise City & Weber |
| Claim 3 42 U.S.C. § 1983 14th Amendment Denial of Equal Protection (¶¶ 159 to 175) (No answer) | Claim 3 42 U.S.C. § 1983 – 14th Amendment Denial of Equal Protection (¶¶ 197 to 209) (No answer) | PL - Estate DF – Weber, City, CVMIC, & Mensah | Survived[3] Dismissed CVMIC[4] & Weber | Claim 3 Equal Protection Mensah & City |
| Claim 4 Monell Claim (¶¶ 176 to 185) (No answer) | Claim 4 Monell Claim (¶¶ 210 to 223) (No answer) | PL – ALL DF - City | Survived[5] | Claim 5 Monell City |

---

[1] Order on the Motion to Dismiss. See Cole 22-cv-856 ECF 25.
[2] Defendants did not move to dismiss Mensah and the City from the Amended Complaint for this claim. See Cole ECF 21.
[3] Parties stipulated that Weber be dismissed from this claim.
[4] Order on the Motion to Dismiss. See Cole 22-cv-856 ECF 25.
[5] Defendants did not move to dismiss this claim. See Cole ECF 21.

| | | | | |
|---|---|---|---|---|
| Claim 5<br>42 U.S.C. 1983<br>Deliberate Indifference<br><br>(¶¶ 186 to 192)<br>(No answer) | Claim 5<br>42 U.S.C. 1983<br>Deliberate Indifference<br><br>(¶¶ 224 to 231)<br>(No answer) | PL – ALL<br><br>DF – Weber & City | Dismissed | Claim 6<br><br>Dismissed |
| Claim 6<br>Wisconsin Statute Section 895.46 Indemnification<br><br>(¶¶ 193 to 204)<br>(No answer) | Claim 6<br>Wisconsin Statute Section 895.46 Indemnification<br><br>(¶¶ 232 to 244)<br>(No answer) | PL - ALL<br><br>DF - Weber, Mensah, CVMIC, & City | Survived[6]<br><br>Dismissed CVMIC per Court[7] | Claim 7<br>Wisconsin Statute Section 895.46 Indemnification<br><br>Weber, Mensah, & City |
| Claim 7<br>Direct Action Statute<br>Wis. Stat. § 632.24<br><br>(¶¶ 205 to 208)<br>(No answer) | Claim 7<br>Direct Action Statute<br>Wis. Stat. § 632.24<br><br>(¶¶ 245 to 248)<br>(No answer) | PL – ALL<br><br>DF - CVMIC | Dismissed | Claim 8<br><br>Dismissed |
| Claim 8<br>Loss of Society & Companionship<br><br>(¶¶ 209 to 214)<br>(No answer) | Claim 8<br>Loss of Society & Companionship<br><br>(¶¶ 249 to 254)<br>(No answer) | PL – Tracy & Albert Cole<br><br>DF - Weber, Mensah, CVMIC, & City | Survived[8] | Claim 9<br>Loss of Society & Companonship<br><br>Weber, Mensah, CVMIC, & City |

---

[6] Order on the Motion to Dismiss. See Cole 22-cv-856 ECF 25.
[7] Id.
[8] Defendants did not move to dismiss this claim. See Cole ECF 21.