

**Nathaniel Cade, Jr.**
nate@cade-law.com
www.cade-law.com

August 26, 2023

Hon. Lynn Adelman
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 63202

    Re:    <u>Estate of Antonio Gonzales v. Mensah</u>
            E.D. Wis. Case No. 21-cv-0848

    Re:    <u>Estate of Jay Anderson v. Mensah</u>
            E.D. Wis. Case No. 21-cv-1179

    Re:    <u>Estate of Alvin Cole v. Mensah</u>
            E.D. Wis. Case No. 22-cv-0856

Dear Judge Adelman:

    Yesterday, at 7:07 p.m., I filed my Declaration in Opposition to Defendants' Motion to Extend Time, ECF 103. There was an error in that Declaration, as it did not contained Exhibit 5, although the exhibit was referenced in the Response in Opposition to Defendants' Motion to Extend Time. ECF 102.

    So, I have just filed a corrected Declaration in Opposition to Defendants' Motion to Extend Time, and this document should replace ECF 103.

                                                          Very truly yours,

                                                          CADE LAW GROUP LLC

                                                          Nathaniel Cade, Jr.

NC:cn

cc:    Counsel of record (via ECF)

P.O. BOX 170887, MILWAUKEE, WISCONSIN 53217
(414) 255-3802 (o)    (414) 255-3804 (f)
Case 2:21-cv-00848-LA   Filed 08/26/23   Page 1 of 1   Document 107