

**Nathaniel Cade, Jr.**
nate@cade-law.com
www.cade-law.com

August 28, 2023

Hon. Lynn Adelman
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 63202

  Re: <u>Estate of Antonio Gonzales v. Mensah</u>
     E.D. Wis. Case No. 21-cv-0848

  Re: <u>Estate of Jay Anderson v. Mensah</u>
     E.D. Wis. Case No. 21-cv-1179

  Re: <u>Estate of Alvin Cole v. Mensah</u>
     E.D. Wis. Case No. 22-cv-0856

Dear Judge Adelman:

  Today, defendants in the consolidated action filed a new Motion to Extend Time. ECF 108. Defendants originally filed their motion to extend time on Friday, August 25, 2023. ECF 100. Plaintiffs responded and objected to that motion on August 25, 2023. ECF 102.

  The purpose of this letter is to advise the Court that Plaintiffs will stand on their previously filed response as opposition to the new motion, ECF 102, **<u>unless</u>** the Court requests Plaintiffs to file a new response. Any such new response would be identical to what previously was filed, as Defendants have not articulated a legitimate basis to seek relief under the excusable neglect standard. Nor have defendants cited to any caselaw that justifies providing such relief where Plaintiffs are not seeking a default judgment, but rather are using the failure to answer as the bases to create genuine issues of material fact in opposition to the motions for summary judgment (besides the specific facts also identified).

  Thus, we thought it best not to clutter the docket absent being directed to do so.

         Very truly yours,

         **CADE LAW GROUP LLC**

         Nathaniel Cade, Jr.

NC:cn

cc: Counsel of record (via ECF)

P.O. Box 170887, Milwaukee, Wisconsin 53217
(414) 255-3802 (o)  (414) 255-3804 (f)
Case 2:21-cv-00848-LA Filed 08/28/23 Page 1 of 1 Document 109