

September 6, 2023

**VIA ECF FILING ONLY**

Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:    Estate of Antonio Gonzales v. Joseph Mensah et al.
                E.D. Wisconsin Case # 21-CV-00848

Dear Judge Adelman,

      This letter is a follow-up to Plaintiff's motion for extension of time to allow Plaintiffs to file a response to Defendants' motion for summary judgment. Dkt. #99.

      Having reviewed the case and current state of the law, Plaintiffs believe that we could make valid arguments in opposition to the Motion for Summary Judgment. However, under the current state of the law in the Seventh Circuit, Plaintiffs do not believe that those arguments would cause the Court to deny the motion for Summary Judgment for the Gonzales matter 21-CV-00848. Plaintiffs do not want to waste the Court's valuable time, so we will not file a response, and instead, concentrate our efforts on the Anderson and Cole cases.

      Warm regards,

      MOTLEY LEGAL SERVICES

      s:/Kimberley Cy. Motley, Esq.
      Attorney for Plaintiffs
      International Number : +1(704) 765-4887
      US MOBILE : +1 (704) 763-5413
      Email : kmotley@motleylegal.com

cc:    All Counsel of Record (via ECF)