# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE,**
      **Plaintiff,**

  v.                                             Case No. 21-CV-848

**JOSEPH ANTHONY MENSAH, et al.,**
      **Defendants.**

---

## ORDER

**IT IS ORDERED** that an In-Court Hearing for Oral Argument is scheduled for **March 26, 2024 at 11:00 a.m. Central Time** in Courtroom 390.

Dated at Milwaukee, Wisconsin, this 18th day of March, 2024.

                                                /s/ Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge