UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE,**
        **Plaintiff,**

v.                                                                                Case No. 21-CV-848

**JOSEPH ANTHONY MENSAH, et al.,**
        **Defendants.**

---

## ORDER

**IT IS ORDERED** that plaintiff's motion to set a trial date (ECF No. 136) is **DENIED** without prejudice. If necessary, the court will set a trial date after the pending motion for reconsideration is resolved.

Dated at Milwaukee, Wisconsin, this 23rd day of July, 2024.

                                                           /s/ Lynn Adelman
                                                           LYNN ADELMAN
                                                           District Judge