# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ANTONIO GONZALEZ,**
    Plaintiff,

    v.                                         Case No. 21-cv-0848

**JOSEPH ANTHONY MENSAH, et al.,**
    Defendants.

---

**ESTATE OF JAY ANDERSON, JR., et al.,**
    Plaintiff,

    v.                                         Case No. 21-cv-1179

**JOSEPH ANTHONY MENSAH, et al.,**
    Defendants.

---

**ESTATE OF ALVIN COLE, et al.,**
    Plaintiff,

    v.                                         Case No. 22-cv-0856

**JOSEPH ANTHONY MENSAH, et al.,**
    Defendants.

---

## **ORDER**

Plaintiffs in the above captioned cases are the estates and relatives of individuals who were fatally shot by police officer Joseph Mensah. Plaintiffs in each case brought suit under 42 U.S.C. § 1983 alleging that their constitutional rights were violated by Mensah, the City of Wauwatosa, and other members of the Wauwatosa Police Department. Plaintiffs moved to consolidate pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. I granted the plaintiffs' motion, and consolidated *Estate of Antonio Gonzalez v. Joseph Anthony Mensah et al.*, 21-cv-0848-LA, *Estate of Jay Anderson, Jr. et al. v.*

*Joseph Anthony Mensah et al.*, 21-cv-1179-BHL, and *Estate of Alvin Cole at al. v. Joseph Anthony Mensah et al.*, 22-cv-0856-LA, for pretrial purposes only. ECF No. 34. Defendants later moved for summary judgment in all three cases. I granted defendants' motion for summary judgment on all claims in *Gonzalez* and *Anderson*. ECF No. 125. In *Cole*, I granted the motion as to the plaintiffs' equal protection claims, plaintiffs' claims against the City of Wauwatosa and plaintiffs' claims against former Wauwatosa police chief, Barry Weber, and denied the motion as to the plaintiffs' excessive force claims against Mensah. ECF No. 131.

Because the cases were consolidated for pretrial purposes only, I conclude that continued consolidation is no longer warranted. **THEREFORE, IT IS ORDERED** that *Estate of Antonio Gonzalez v. Joseph Anthony Mensah et al.*, 21-cv-0848-LA, *Estate of Jay Anderson, Jr. et al. v. Joseph Anthony Mensah et al.*, 21-cv-1179-LA, and *Estate of Alvin Cole at al. v. Joseph Anthony Mensah et al.*, 22-cv-0856-LA are deconsolidated.

**IT IS FURTHER ORDERED** that henceforth the parties shall file materials related to *Estate of Alvin Cole at al. v. Joseph Anthony Mensah* in case number 22-cv-0856-LA.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter final judgment in *Estate of Antonio Gonzalez v. Joseph Anthony Mensah et al.*, 21-cv-0848-LA and *Estate of Jay Anderson, Jr. et al. v. Joseph Anthony Mensah et al.*, 21-cv-1179-LA.

Dated at Milwaukee, Wisconsin, this 26th day of November, 2024.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge