# United States District Court

EASTERN DISTRICT OF WISCONSIN

ESTATE OF ANTONIO GONZALEZ,
    Plaintiff,

    v.

JOSEPH MENSAH, et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 21-CV-0848

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff shall take nothing by its complaint and judgment is entered in favor of defendants on the merits.

11/26/2024
Date

Gina M. Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk