# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

## SUPPLEMENTAL RECORD TRANSMITTAL LETTER

April 21, 2025

Clerk of Court
United States Court of Appeals
Seventh Circuit
219 S. Dearborn St.
Chicago, IL  60604

     RE:    **Estate of Alvin Cole et al v. Mensah**
              **USCA No.: 24-3054**
              **USDC No.: 2:21-cv-00848-LA**

Dear Clerk:

     Enclosed herewith please find the supplemental record on appeal in connection with the above-referenced case consisting of:

- ( ) Volumes of pleading(s)
- ( ) Loose pleading(s)
- ( ) Volumes of transcript(s)
- (X) Exhibit – Via OneDrive - Electronic Exhibits of Doc. 76-14, Doc. 76-16, Doc. 76-17, Doc. 76-18, and Doc. 76-24
- ( ) Volumes in camera material(s)
- ( ) Other

     Please acknowledge date of receipt of the above-referenced materials on the enclosed copy of this letter.

                           Very truly yours,

                           GINA M. COLLETTI
                           Clerk of Court

                           By:  B. Xiong
                           Deputy Clerk, Appeals

Enclosure