# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

# SUPPLEMENTAL RECORD TRANSMITTAL LETTER

April 22, 2025

Clerk of Court
United States Court of Appeals
Seventh Circuit
219 S. Dearborn St.
Chicago, IL  60604

RE: **Estate of Alvin Cole et al v. Mensah**
 **USCA No.: 24-3054**
 **USDC No.: 2:21-cv-00848-LA**

Dear Clerk:

Enclosed herewith please find the supplemental record on appeal in connection with the above-referenced case consisting of:

( ) Volumes of pleading(s)
( ) Loose pleading(s)
( ) Volumes of transcript(s)
(X) Exhibit – Electronic Exhibit – Doc. 76-19
( ) Volumes in camera material(s)
( ) Other

Please acknowledge date of receipt of the above-referenced materials on the enclosed copy of this letter.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By:  A. Straub
Deputy Clerk, Appeals

Enclosure